AO91 (Rev. 12/03)  Criminal Complaint                                                                                    AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
                          vs.

Elder Alexander MEJIA
AKA Elder Alexander FERNANDEZ-Mejia
IAE
Honduras 1978

**CRIMINAL COMPLAINT**

Case Number: 7:19-po-05337

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **March 01, 2019** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Elder Alexander MEJIA was encountered by Border Patrol Agents near Granjeno, Texas on March 01, 2019. When questioned as to his citizenship, defendant stated that he was a citizen and national of Honduras, who had entered the United States illegally on March 01, 2019 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Gonzalez, Mickel A.  Border Patrol Agent
Signature of Complainant

Gonzalez, Mickel A.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 03, 2019                                                      at     McAllen, Texas
Date                                                                              City/State

Peter E Ormsby          U.S. Magistrate Judge
Name of Judge           Title of Judge                                   Signature of Judge